No. 1078. Sánchez, Demandante y Apelado, *v.* Silvestre
et al., Demandados y Apelantes.—Apelación procedente de
la Corte de Distrito de San Juan, Sección 1ª. Moción del
apelado para que se desestime la apelación por no exceder
la cuantía litigiosa de $300. Resuelto en diciembre 23, 1913.
Concedida la moción. Abogado del apelado. *Sr. José G.
Torres.* Abogado de los apelantes: *Sr. Francisco Figueroa
Maestre.*